# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**********************************************

**UNITED STATES OF AMERICA**

           **Criminal Action No.:**
           **08-MJ-437 (DEP)**

    **v.**

**CHONG MUN CHAE**
           **Defendant.**

**********************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Complaint No. <u>08-MJ-437</u> against Chong Mun Chae, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    <u>X</u> Other:    <u>Defendant has pled to felony charges</u>

With respect to this dismissal, defendant (check one):

      ___ Consents

      ___ Objects

      **X** Has not been consulted

This dismissal is without prejudice.

                  ANDREW T. BAXTER
                  Acting United States Attorney

By:    Craig A. Benedict
        Assistant U.S. Attorney
        Bar Roll No. 101130

Leave of court is granted for the filing of the foregoing dismissal.

Dated:    February 2, 2009
        Syracuse, New York    Hon. David E. Peebles
                            United States ~~District Court~~ Magistrate Judge

2